**EXHIBIT B**

## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| ANTHONY FLOYD,<br>5405 7th Street, NW, #101<br>Washington, DC 20011<br><br>       Plaintiff,<br><br>   v.<br><br>PNC MORTGAGE, a division of<br>  PNC Bank, N.A.<br>3232 Newark Drive, Building 7<br>Miamisburg, OH 45342-5421<br><br>       Defendants. | Case No. 2014 CA 06524<br>Judge Thomas J. Motley |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that pursuant to 28 U.S.C. §§ 1331, 1337, 1441 and 1446, Defendant PNC Mortgage, a division of PNC Bank, N.A., has filed contemporaneously with this filing a Notice of Removal in the United States District Court for the District of Columbia, a copy of which is attached as Exhibit A, and that said matter shall proceed hereafter in the United States District Court for the District of Columbia.

                                          Respectfully submitted,

December 23, 2014                         /s/ Daniel J. Tobin
                                          Daniel J. Tobin (Bar No. 434058)
                                          Ballard Spahr LLP
                                          1909 K Street NW, 12th Floor
                                          Washington, DC 20006-1157
                                          Telephone:  (202) 661-2200
                                          Facsimile:  (202) 661-2299
                                          tobindj@ballardspahr.com

                                          *Attorneys for Defendant PNC Mortgage, a division
                                          of PNC Bank, N.A.*

## **CERTIFICATE OF SERVICE**

This is to certify that on December 23, 2014, I caused a true and correct copy of the foregoing Notice of Filing of Notice of Removal to be delivered via first-class mail, postage prepaid, upon the following:

> Craig A. Butler, Esquire
> The Butler Law Group, PLLC
> 1425 K Street, NW, Suite 350
> Washington, DC 20005
> Tel: (202) 587-2773
> Fax: (202) 591-1727
> cbutler@blgnow.com

> /s/ Daniel J. Tobin
> Daniel J. Tobin